# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LUIS ALEJANDRO BARRETO MORALES,<br><br>    Petitioner,<br><br>    v.<br><br>JAIME RIOS et al.,<br><br>    Respondents. | Case No. 5:26-00703-DOC-DFM<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

Accordingly, IT IS HEREBY ORDERED:

1.    The Magistrate Judge's Report and Recommendation (Dkt. 8) is ACCEPTED and ADOPTED in its entirety.

2.    The Petition for a Writ of Habeas Corpus is DISMISSED without prejudice as moot.

Date: April 30, 2026

_David O. Carter_

DAVID O. CARTER
United States District Judge